# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
| FLETCHER LEE HARTSELL, JR. | ) | Case No. 1:16CR344-1 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FLETCHER LEE HARTSELL, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Mail fraud in violation of 18:1341 and 2; Wire fraud in violation of 18:1343 and 2; Moneylaundering in violation of 18:1956 (a)(1)(B)(i) and 2.

****Bail has been recommended by the United States Attorney in the amountof $25,000, unsecured, and surrender of passport.****

Date: 09/27/2016

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, NC

/s/ Carol Butler, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*